In the Matter of Rose Rosenberg, Appellant, against
Board of Estimate of the City of New York et al.,
Respondents.

Argued November 13, 1939; decided November 28, 1939.

*Louis A. Tepper* and *Joseph Lotterman* for appellant.
*William C. Chanler, Corporation Counsel* (*Seymour B. Quel* and *James Hall Prothero* of counsel), for respondents.

Order affirmed, without costs.   The determination of the Appellate Division is amply supported by the evidence. We do not pass upon any other question.   No opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.   Taking no part: O'BRIEN, J.